

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Jose Gilberto Sotelo Ayala

**Civil Action No.**  26-cv-0025-RSH-KSC

**Plaintiff,**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is GRANTED. The case is hereby closed.

**Date:**        2/6/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-0025-RSH-KSC</u>

Respondent:
Christopher LaRose,
Warden of the Otay Mesa Detention Center;

Gregory Archambeault,
Director of the San Diego Field Office, United States Immigration and Customs Enforcement;

Pam Bondi
Attorney General, United States Department of Justice;

Kristi Noem
Secretary, United States Department of Homeland Security;

Todd Lyons
Acting Director of Unites States Immigration and Customs Enforcement;

Does 1-5